## Babcock Boulevard Land Company Appeal.
## Red Jacket Company Appeal.

Argued March 18, 1965. Before BELL, C. J., MUS-
MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS,
JJ.

*John B. Nicklas, Jr.,* with him *McCrady & Nicklas,*
for appellants.

*Thomas J. Dempsey,* Special Assistant Attorney
General, with him *Edward A. Collins, Jr.,* Assistant
Attorney General, *John R. Rezzolla, Jr.,* Chief Counsel,
and *Walter E. Alessandroni,* Attorney General, for
Commonwealth, appellee.

OPINION PER CURIAM, May 25, 1965:
Orders affirmed.
Mr. Justice MUSMANNO dissents.